UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW WISNIEWSKI,<br><br>                              Plaintiff,<br><br>        v.<br><br>SWIFTWATER CELLARS, LLC, a<br>Washington Corporation,<br>                              Defendant. | NO:  1:20-CV-3132-TOR<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE |

BEFORE THE COURT is the Parties' Stipulation for Voluntary Dismissal with Prejudice (ECF No. 12).  The parties agree to the dismissal of this case with prejudice and without costs to any party.  The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1   **ACCORDINGLY, IT IS HEREBY ORDERED:**

2     1. Pursuant to Rule 41(a)(1)(A)(ii) and the Parties' stipulation, this action is

3       **DISMISSED** with prejudice and without costs to either party.  Plaintiff and

4       Defendant shall each bear their own fees and costs associated with this

5       matter.

6     2. All deadlines, hearings and trial are **VACATED**.

7       The District Court Executive is directed to enter this Order and Judgment of

8   Dismissal, furnish copies to counsel, and **CLOSE** the file.

9       DATED January 27, 2021.

10



11                   THOMAS O. RICE
               United States District Judge

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2